FILED
2011 JUN 21 AM 9: 1
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INFORMATION |
| | ) | CASE NO. 1:11CR 270 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | JUDGE    JUDGE NUGENT |
| NICHOLAS WALKER, | ) | |
| | ) | Title 18, United States Code, |
| Defendant. | ) | Sections 2113(a) and (d) and |
| | ) | Title 18, United States Code, |
| | ) | Section 924(c) |

COUNT 1

The United States Attorney Charges:

On or about April 23, 2011, in the Northern District of Ohio, Eastern Division, NICHOLAS WALKER, by force and violence and by intimidation, did take from the person and presence of a teller at the US Bank, 5084 Mayfield Road, Lyndhurst, Ohio, and others, approximately $7,426.00 in monies belonging to and in the care, custody, control, management and possession of said bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, Sections 2113(a) and (d), United States Code.

2

## COUNT 2

The Untied States Attorney further charges:

On or about April 23, 2011, in the Northern District of Ohio, Eastern Division, NICHOLAS WALKER did knowingly use, brandish and carry a firearm, to wit: one Hi-Point, Model JHP45, .45 caliber pistol, bearing serial number X4119097; during and in relation to the commission of a bank robbery for which he may be prosecuted in a court of the United States and for which he is charged in Count 1 of this Information, in violation of, Title 18, Section 924(c), United States Code.

STEVEN M. DETTELBACH
United States Attorney

By: *Sharon L. Long*
SHARON L. LONG, Unit Chief
Major & Cyber Crimes Unit