IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:11CR270 |
| | ) | |
| Plaintiff, | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| v. | ) | <u>SUPPLEMENTAL INFORMATION</u> |
| | ) | |
| NICHOLAS WALKER, | ) | |
| | ) | |
| Defendant. | ) | |

<u>COUNT 3</u>

The United States Attorney charges:

On December 10, 2010, in the Northern District of Ohio, Eastern Division, NICHOLAS WALKER, defendant herein, by force and violence and by intimidation, did take from the person and presence of a teller at the Huntington Bank, 5249 Wilson Mills Road, Richmond Heights, Ohio, and others, approximately $1,988, belonging to and in the care, custody, control, management and possession of said bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, Section 2113(a), United States Code.

## COUNT 4

The United States Attorney further charges:

On February 19, 2011, in the Northern District of Ohio, Eastern Division, NICHOLAS WALKER, defendant herein, by force and violence and by intimidation, did take from the person and presence of a teller at the Chase Bank, 12388 Cedar Avenue, Cleveland Heights, Ohio, and others, approximately $5,221, belonging to and in the care, custody, control, management and possession of said bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, Section 2113(a), United States Code.

## COUNT 5

The United States Attorney further charges:

On March 2, 2011, in the Northern District of Ohio, Eastern Division, NICHOLAS WALKER, defendant herein, by force and violence and by intimidation, did take from the person and presence of a teller at the Key Bank, 3601 Chester Avenue, Cleveland, Ohio, and others, approximately $4,490, belonging to and in the care, custody, control, management and possession of said bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, Section 2113(a), United States Code.

## COUNT 6

The United States Attorney further charges:

On March 11, 2011, in the Northern District of Ohio, Eastern Division, NICHOLAS WALKER, defendant herein, by force and violence and by intimidation, did take from the person and presence of a teller at the Key Bank, 30200 Chagrin Boulevard, Pepper Pike, Ohio, and

others, approximately $1,214, belonging to and in the care, custody, control, management and possession of said bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, Section 2113(a), United States Code.

### COUNT 7

The United States Attorney further charges:

On March 18, 2011, in the Northern District of Ohio, Eastern Division, NICHOLAS WALKER, defendant herein, by force and violence and by intimidation, did take from the person and presence of a teller at the PNC Bank, 27359 Chagrin Boulevard, Woodmere, Ohio, and others, approximately $1,739, belonging to and in the care, custody, control, management and possession of said bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, Section 2113(a), United States Code.

### COUNT 8

The United States Attorney further charges:

On March 29, 2011, in the Northern District of Ohio, Eastern Division, NICHOLAS WALKER, defendant herein, by force and violence and by intimidation, did attempt to take from the person and presence of a teller at the Charter One Bank, 3401 Richmond Road, Beachwood, Ohio, and others, U.S. currency belonging to and in the care, custody, control, management and possession of said bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, Section 2113(a), United States Code.

## COUNT 9

The United States Attorney further charges:

On March 29, 2011, in the Northern District of Ohio, Eastern Division, NICHOLAS WALKER, defendant herein, by force and violence and by intimidation, did take from the person and presence of a teller at the Huntington Bank, 20601 Fairmont Boulevard, Shaker Heights, Ohio, and others, approximately $2,170, belonging to and in the care, custody, control, management and possession of said bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, Section 2113(a), United States Code.

## COUNT 10

The United States Attorney further charges:

On March 31, 2011, in the Northern District of Ohio, Eastern Division, NICHOLAS WALKER, defendant herein, by force and violence and by intimidation, did take from the person and presence of a teller at the PNC Bank, 4017 Mayfield Road, South Euclid, Ohio, and others, approximately $6,100, belonging to and in the care, custody, control, management and possession of said bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, Section 2113(a), United States Code.

## COUNT 11

The United States Attorney further charges:

On April 12, 2011, in the Northern District of Ohio, Eastern Division, NICHOLAS WALKER, defendant herein, by force and violence and by intimidation, did take from the person and presence of a teller at the Chase Bank, 27301 Chardon Road, Willoughby Hills, Ohio, and

others, approximately $3,814, belonging to and in the care, custody, control, management and possession of said bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, Section 2113(a), United States Code.

### COUNT 12

The United States Attorney further charges:

On or about April 18, 2011, in the Northern District of Ohio, Eastern Division, NICHOLAS WALKER, defendant herein, by force and violence and by intimidation, did take from the person, presence, of tellers at the Key Bank, 1836 Coventry Road, Cleveland Heights, Ohio, the sum of $3,942 belonging to and in the care, custody, control, management and possession of said bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation, and did assault and place in jeopardy the lives of bank employees and others by the use of a dangerous weapon or device, to wit: a handgun, in violation of Title 18, Sections 2113(a) and (d), United States Code.

STEVEN M. DETTELBACH
United States Attorney

By: *Sharon L. Long*
SHARON L. LONG, Unit Chief
Major & Cyber Crimes Unit