UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| Minutes of Proceedings before<br>**DONALD C. NUGENT**<br>United States District Judge | DATE: June 1, 2012<br><br>CASE NO. 1:11 CR 270<br><br>COURT REPORTER: George Staiduhar<br><br>SENTENCING |

UNITED STATES OF AMERICA

    -VS-

NICHOLAS WALKER

APPEARANCES:    Plaintiff: Art Hernandez, Esq.

    Defendant: Roger Synenberg, Esq. And Angelo Lonardo, Esq.

    Probation: Allen Gold

PROCEEDINGS: The defendant is sentenced to the custody of the Bureau of Prisons for a term of forty-eight months on Counts 1, 3 - 12 on each Count to run concurrent and eighty-four months on Count 2 to run consecutive.  The Court will recommend a medical facility and will request FCI Butner, NC.  Supervised release is ordered for a term of five years with the usual conditions as directed.  Special assessment due in the amount of $1,200.00.  Restitution amount to be determined.

                                                              Jeane M. Wells Ruprecht
                                                              Courtroom Deputy

Length of Proceedings: __1 hour_____