IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | Case No.: 1:11-CR-270 |
| Plaintiff, | : | |
| | : | **JUDGE DONALD C. NUGENT** |
| vs. | : | |
| | : | |
| **NICHOLAS ALEXANDER WALKER**, | : | |
| Defendant. | : | |

**DEFENDANT'S MOTION FOR LEAVE TO FILE UNDER SEAL DEFENDANT'S MOTION TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(1)(A)(i) FOR IMMEDIATE COMPASSIONATE RELEASE AND MEMORANDUM IN SUPPORT**

Now comes the Defendant, Nicholas Alexander Walker, by and through his undersigned counsel, and respectfully request this Honorable Court to issue an Order granting the Defendant leave to file under seal his Motion To Reduce Sentence Pursuant To 18 U.S.C. § 3582(C)(1)(A)(i) For Immediate Compassionate Release And Memorandum In Support due to the sensitive and confidential nature of information contained therein.

Respectfully submitted,

/s/ - Angelo F. Lonardo, Esq.
**YELSKY & LONARDO**
**BY:  ANGELO F. LONARDO, ESQ.**
Ohio Reg. No. 0032274
323 Lakeside Avenue, West, Suite 800
Cleveland, Ohio  44113
(216) 781-2550 - phone
(216) 781-6242 - telefax
aflonardo@yelskylonardo.com - email

Counsel for **NICHOLAS WALKER**

2

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 5th day of September, 2019, a copy of the following was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ - Angelo F. Lonardo, Esq.
**ANGELO F. LONARDO, ESQ.**